Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 24-12826

| Caption: | |
|---|---|
| State of Florida v. Department of Health and Human Services | District and Division: MIDDLE DISTRICT OF FLORIDA <br> Name of Judge: TAMPA DIVISION <br> Nature of Suit: Administrative Procedure Act Challenge <br> Date Complaint Filed: 5/6/24 <br> District Court Docket Number: 8:24-cv-01080 <br> Date Notice of Appeal Filed: 8/30/24 <br> ☑ Cross Appeal　　☐ Class Action <br> Has this matter previously been before this court? <br> ☐ Yes　☑ No <br> If Yes, provide <br> (a)　Caption: _____ <br> (b)　Citation: _____ <br> (c)　Docket Number: _____ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant: <br> ☐ Plaintiff <br> ☑ Defendant <br> ☐ Other (Specify) | Ashley C. Honold, Charles W. Scarborough | 950 Pennsylvania Avenue NW　Washington, D.C. 20530 | Phone: (202) 353-9018 <br> Fax: (202) 616-8470 <br> ashley.c.honold@usdoj.gov |
| For Appellee: <br> ☑ Plaintiff <br> ☐ Defendant <br> ☐ Other (Specify) | Henry Charles Whitaker, James Conde, Julie Marie Blake, et al. | Pl-01 The Capitol 107 W Gaines St Tallahassee, Fl 32399-1050 | 850-414-3300 |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question <br> ☐ Diversity <br> ☐ US Plaintiff <br> ☑ US Defendant | ☐ Final Judgment, 28 USC 1291 <br> ☑ Interlocutory Order, 28 USC 1292(a)(1) <br> ☐ Interlocutory Order Certified, 28 USC 1292(b) <br> ☐ Interlocutory Order, Qualified Immunity <br> ☐ Final Agency Action (Review) <br> ☐ 54(b) | ☐ Dismissal/Jurisdiction <br> ☐ Default Judgment <br> ☐ Summary Judgment <br> ☐ Judgment/Bench Trial <br> ☐ Judgment/Jury Verdict <br> ☐ Judgment/Directed Verdict/NOV <br> ☑ Injunction <br> ☑ Other  partial stay under 5 U.S.C. § 705 | Amount Sought by Plaintiff: $_____ <br> Amount Sought by Defendant: $_____ <br> Awarded: $_____ to _____ <br> Injunctions: <br> ☐ TRO <br> ☑ Preliminary　☑ Granted <br> ☐ Permanent　☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☑ Yes  ☐ No
    What is the issue you claim is one of First Impression? Whether the rationale in Bostock v. Clayton County, 140 S. Ct. 1731 (2020) applies to Title IX and Section 1557 of the ACA

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☑ Yes  ☐ No

    If Yes, provide
    (a) Case Name/Statute  Bostock v. Clayton County; Section 1557 of the Affordable Care Act
    (b) Citation  140 S. Ct. 1731 (2020) ; 42 U.S.C. § 18116(a)
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?  ☑ Yes  ☐ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☑ Yes  ☐ No

    If Yes, provide
    (a) Case Name  State of Texas v. Becerra; State of Tennessee v. Becerra; Catholic Benefits Association v. Becerra; McComb Children's Clinic, LTD. v. Becerra
    (b) Citation  2024 WL 3297147; 2024 WL 3283887
    (c) Docket Number if unreported  24-40568; 24-60462; 3:23-cv-00203-PDW-ARS; 5:24-cv-00048-KS-LGI
    (d) Court or Agency  (5th Cir.); (5th Cir.); (D.N.D.); (S.D. Miss.)

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?  ☐ Yes  ☑ No
    (b) Among circuits?  ☐ Yes  ☑ No

    If Yes, explain briefly:


(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    whether the district court erred in (1) entering a preliminary injunction and staying the effective date of certain provisions of HHS's final rule based on its conclusion that the rationale of Bostock v. Clayton County, 140 S. Ct. 1731 (2020), does not apply to Title IX or Section 1557 of the Affordable Care Act; and (2) ordering relief as to aspects of the Final Rule that plaintiffs do not challenge

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  18th  DAY OF  September , 2024 .

Ashley C. Honold                                                              /s Ashley C. Honold
NAME OF COUNSEL (Print)                                                       SIGNATURE OF COUNSEL