# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

STATE OF FLORIDA, *et al.*,
                       Plaintiffs-Appellee,

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.,*
                       Defendants-Appellants.

No. 24-12826

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, the undersigned counsel certifies that the following persons have an interest in the outcome of this appeal:

    State of Florida

    Florida Agency For Health Care Administration

    Florida Department of Management Services

    Catholic Medical Association

    Henry Charles Whitaker, Office of the Florida Attorney General

    Natalie Christmas, Office of the Florida Attorney General

    James Hamilton Percival, II, Office of the Florida Attorney General

    Florida Attorney General Service

    John Matthew Guard, Quarles & Brady, LLP

    Quarles & Brady, LLP

R. Trent McCotter, Boyden Gray, PLLC

James Conde, Boyden Gray, PLLC

Boyden Gray, PLLC

Andrew Taylor Sheeran, Florida Agency for Health Care Administration

Kristen Larson, Florida Department of Management Services

Julie Marie Blake, Alliance Defending Freedom

Matthew S. Bowman, Alliance Defending Freedom

David Andrew Cortman, Alliance Defending Freedom

Allison Holly Pope, Alliance Defending Freedom

Alliance Defending Freedom

U.S. Department of Health and Human Services

Xavier Becerra, Secretary, Department of Health and Human Services

Melanie Fontes Rainer, Director, Office for Civil Rights, Department of Health and Human Services

Centers for Medicare and Medicaid Services

Chiquita Brooks-Lasure, Administrator, Centers for Medicare and Medicaid Services

Brian M. Boynton, U.S. Department of Justice

Roger B. Handberg, U.S. Attorney for the Middle District of Florida

Charles W. Scarborough, U.S. Department of Justice

Ashley Cheung Honold, U.S. Department of Justice

Zachary Sherwood, U.S. Department of Justice

Liam C. Holland, U.S. Department of Justice

As far as the undersigned is aware, no publicly traded corporation has an interest in the outcome of this appeal.

                        Respectfully submitted,

                        CHARLES W. SCARBOROUGH

                        *s/ Ashley C. Honold*
                        ASHLEY C. HONOLD
                          *Attorneys, Appellate Staff*
                          *Civil Division, Room 7261*
                          *U.S. Department of Justice*
                          *950 Pennsylvania Avenue NW*
                          *Washington, D.C. 20530*
                          *(202) 353-9018*

SEPTEMBER 2024

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*s/ Ashley C. Honold*
ASHLEY C. HONOLD