# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

STATE OF FLORIDA, et al.,

                  Plaintiffs-Appellees,

CATHOLIC MEDICAL ASSOCIATION,

                  Plaintiff-Appellee-
                  Cross-Appellant,

           v.

U.S. DEPARTMENT OF HEALTH AND HUMAN
SERVICES, et al.,

                  Defendants-Appellants.

No. 24-12826

## UNOPPOSED MOTION TO DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), defendants-appellants the Department of Health and Human Services (HHS), the Secretary of the Department of Health and Human Services, the Director of the Office for Civil Rights, the Centers for Medicare and Medicaid Services, and the Administrator of the Centers for Medicare and Medicaid Services move to dismiss their appeal, with each party to bear its own costs. Plaintiffs-appellees the State of Florida, Florida Agency for Health Care Administration, and Florida Department of Management Services do not oppose this motion. Plaintiff-appellee-cross-appellant Catholic Medical Association do not oppose this "motion for HHS to dismiss HHS's appeal."

Respectfully submitted,

YAAKOV M. ROTH
  *Acting Assistant Attorney General*

CHARLES W. SCARBOROUGH
 */s/ Ashley C. Honold*
ASHLEY C. HONOLD
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7261*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 353-9018*

# AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for defendants-appellants-cross-appellees the U.S. Department of Health and Human Services; Centers for Medicare and Medicaid Services; Secretary, Department of Health and Human Services, in his official capacity; Administrator, Centers for Medicare & Medicaid Services, in her official capacity; Director, Office for Civil Rights, in his official capacity certify that the following have an interest in the outcome of this appeal:

Alliance Defending Freedom

*Archeval, Anthony, Acting Director, Office for Civil Rights, Department of Health and Human Services

Bennett, Michelle R., U.S. Department of Justice

Blake, Julie Marie, Alliance Defending Freedom

Bowman, Matthew S., Alliance Defending Freedom

Boyden Gray, PLLC

*Carlton, Stephanie, Acting Administrator, Centers for Medicare & Medicaid Services

Catholic Medical Association State of Florida

Centers for Medicare and Medicaid Services

Christmas, Natalie, Office of the Florida Attorney General

Conde, James, Boyden Gray, PLLC

Cortman, David Andrew, Alliance Defending Freedom

Florida Agency For Health Care Administration

Florida Attorney General Service

Florida Department of Management Services

Guard, John Matthew, Quarles & Brady, LLP

Holland, Liam C., U.S. Department of Justice

Honold, Ashley Cheung, U.S. Department of Justice

Humphreys, Bradley P., U.S. Department of Justice

Jung, William F., U.S. District Court for the Middle District of Florida

*Kennedy, Robert F., Secretary, Department of Health and Human Services

Larson, Kristen, Florida Department of Management Services

Marcus, Lisa Zeidner, U.S. Department of Justice

McCotter, R. Trent, Boyden Gray, PLLC

Newman, Jeremy S.B., U.S. Department of Justice

Pope, Allison Holly, Alliance Defending Freedom

Quarles & Brady, LLP

*Roth, Yaakov M., U.S. Department of Justice

Scarborough, Charles W., U.S. Department of Justice

Sheeran, Andrew Taylor, Florida Agency for Health Care Administration

Sherwood, Zachary, U.S. Department of Justice

U.S. Department of Health and Human Services

Whitaker, Henry Charles, Office of the Florida Attorney General

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                            */s/ Ashley C. Honold*
                                            Ashley C. Honold

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this filing complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 103 words, according to Microsoft Word.

                                                      */s/ Ashley C. Honold*
                                                      Ashley C. Honold