# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| |  |
|---|---|
| STATE OF FLORIDA; FLORIDA AGENCY FOR HEALTHCARE ADMINISTRATION; DEPARTMENT OF MANAGEMENT SERVICES,<br><br>*Plaintiffs-Appellees*,<br><br>CATHOLIC MEDICAL ASSOCIATION<br><br>*Plaintiff-Appellee-Cross-Appellant,*<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>*Defendants-Appellants-Cross-Appellees* | No. 24-12826 |

**RESPONSE TO UNOPPOSED MOTION TO DISMISS APPEAL**

Plaintiff-Appellee-Cross-Appellant Catholic Medical Association (CMA) files this response concerning the Defendants-Appellants-Cross-Appellees' (HHS's) unopposed motion to dismiss the appeal.

CMA understands there to be one appeal, No. 24-12826. CMA has no objection to the Clerk dismissing the appeal in its entirety, with each party to bear its own costs, including with respect to CMA's cross-appeal.

Dated: March 14, 2025					Respectfully submitted,

					 /s/ *Matthew S. Bowman*
					Matthew S. Bowman
					ALLIANCE DEFENDING FREEDOM
					440 First Street NW, Suite 600
					Washington, DC 20001
					Telephone: (202) 393-8690
					Facsimile: (202) 347-3622 (fax)
					mbowman@ADFlegal.org

					*Counsel for* Plaintiff-Appellee-Cross-Appellant *Catholic Medical Association*

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Georgia, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 46 words, according to the count of Microsoft Word.

Dated: March 14, 2025     /s/ Matthew S. Bowman
                          Matthew S. Bowman

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to 11th Cir. R. 26.1-1, I certify that to the best of my knowledge the following persons and entities have an interest in the outcome of this appeal in addition to those listed in the unopposed motion to dismiss appeal:

Akey, Angeli Maun of Gainesville, Florida

Catholic Medical Association

Kaiser, Rachel T. of Nashville, Tennessee

Parker, Michael S. of Mansfield, Ohio

State of Florida

Sweeney, Sara C., Acting U.S. Attorney for the Middle District of Florida

U.S. Department of Health and Human Services

Van Meter, Quentin L. of Atlanta, Georgia

Wilson, Thomas G., U.S. Magistrate Judge, Middle District of Florida

Dated: March 14, 2025      /s/ Matthew S. Bowman
                                              Matthew S. Bowman