# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12826

_____

STATE OF FLORIDA,
FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,
FLORIDA DEPARTMENT OF MANAGEMENT SERVICES,

                                             Plaintiffs-Appellees,

CATHOLIC MEDICAL ASSOCIATION,
on behalf of its current and future members,

                                             Plaintiff-Appellee
                                             Cross-Appellant,

*versus*

DEPARTMENT OF HEALTH AND HUMAN SERVICES,
SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES,
in his official capacity,
DIRECTOR, OFFICE FOR CIVIL RIGHTS,
in her official capacity,

2                           Order of the Court                        24-12826

CENTERS FOR MEDICARE AND MEDICAID SERVICES, ADMINISTRATOR, CENTERS FOR MEDICARE AND MEDICAID SERVICES, et al.,

Defendants-Appellants
Cross-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cv-01080-WFJ-TGW

_____

Before ROSENBAUM, BRASHER, and ABUDU, Circuit Judges.

BY THE COURT:

Appellants' "Unopposed Motion to Dismiss Appeal" is GRANTED.

Cross-Appellant Catholic Medical Association's "Response to Unopposed Motion to Dismiss Appeal," which the Court construes as a motion to voluntarily dismiss the cross-appeal, is GRANTED.

The Clerk's Office is directed to close the file on this matter. Each party shall bear their own respective costs.